AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| | |
|---|---|
| KENNETH BECKER, WILLIAM., YOUNGER, MARK RUSHING, WILLIAM BOYD, RICHARD GALUSKI, FRANK OWEN, NATHAN BUTLER, JAMES JARVAIS and ANDY COON, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br>V.<br><br>MARATHON PETROLEUM COMPANY LLC, MURPHY OIL CORPORATION, THE PANTRY, INC., SPEEDWAY SUPERAMERICA, LLC and WILCO HESS LLC,<br><br>Defendant. | **SUMMONS IN A CIVIL CASE**<br><br><br>CASE NUMBER: C.A. No.  07-136 |

TO:    SPEEDWAY SUPERAMERICA LLC
       c/o its registered agent, The Corporation Trust Company
       1209 Orange Street
       Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

   Collins J. Seitz, Jr.
   Connolly Bove Lodge & Hutz LLP
   1007 North Orange Street
   Wilmington, DE  19899-2207

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                          3/7/07
_____              _____
CLERK                                                    DATE
   [signature]

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/12/07 |
| NAME OF SERVER (PRINT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: SPEEDWAY SUPERAMERICA LLC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/07
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| | |
|---|---|
| KENNETH BECKER, WILLIAM., YOUNGER, MARK RUSHING, WILLIAM BOYD, RICHARD GALUSKI, FRANK OWEN, NATHAN BUTLER, JAMES JARVAIS and ANDY COON, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br>V.<br><br>MARATHON PETROLEUM COMPANY LLC, MURPHY OIL CORPORATION, THE PANTRY, INC., SPEEDWAY SUPERAMERICA, LLC and WILCO HESS LLC,<br><br>Defendant. | **SUMMONS IN A CIVIL CASE**<br><br><br>CASE NUMBER: C.A. No.   0 7 - 1 3 6 |

TO:   MARATHON PETROLEUM COMPANY LLC
      c/o its registered agent, The Corporation Trust Company
      1209 Orange Street
      Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

   Collins J. Seitz, Jr.
   Connolly Bove Lodge & Hutz LLP
   1007 North Orange Street
   Wilmington, DE  19899-2207

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      3/7/07
_____            _____
CLERK                                                DATE

_[signature]_
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | 3/12/07 |

| NAME OF SERVER (PPJNT) | TITLE |
|---|---|
| BARRY EVELAND | SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: MARATHON PETROLEUM COMPANY LLC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/07
           Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302-475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____DELAWARE_____

KENNETH BECKER, WILLIAM.,         )    **SUMMONS IN A CIVIL CASE**
YOUNGER, MARK RUSHING, WILLIAM    )
BOYD, RICHARD GALUSKI, FRANK      )
OWEN, NATHAN BUTLER, JAMES        )
JARVAIS and ANDY COON, individually )
and on behalf of other similarly situated, )
                                  )
    Plaintiffs,               )
        V.                    )    CASE NUMBER: C.A. No.  0 7 - 1 3 6
                                  )
MARATHON PETROLEUM COMPANY        )
LLC, MURPHY OIL CORPORATION, THE  )
PANTRY, INC., SPEEDWAY            )
SUPERAMERICA, LLC and WILCO HESS LLC, )
                                  )
    Defendant.                )

TO:    MURPHY OIL CORPORATION
        c/o its registered agent, The Corporation Trust Company
        1209 Orange Street
        Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

    Collins J. Seitz, Jr.
    Connolly Bove Lodge & Hutz LLP
    1007 North Orange Street
    Wilmington, DE  19899-2207

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              3/7/07
_____        _____
CLERK                                                           DATE
_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>3/12/07 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED: MURPHY OIL CORPORATION C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/07
         Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| KENNETH BECKER, WILLIAM., YOUNGER, MARK RUSHING, WILLIAM BOYD, RICHARD GALUSKI, FRANK OWEN, NATHAN BUTLER, JAMES JARVAIS and ANDY COON, individually and on behalf of other similarly situated,<br><br>Plaintiffs,<br>V.<br><br>MARATHON PETROLEUM COMPANY LLC, MURPHY OIL CORPORATION, THE PANTRY, INC., SPEEDWAY SUPERAMERICA, LLC and WILCO HESS LLC,<br><br>Defendant. | **SUMMONS IN A CIVIL CASE**<br><br><br><br>CASE NUMBER: C.A. No.  0 7 - 1 3 6 |

TO: THE PANTRY, INC.
c/o its registered agent, The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Collins J. Seitz, Jr.
Connolly Bove Lodge & Hutz LLP
1007 North Orange Street
Wilmington, DE 19899-2207

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                         3/7/07

_____                         _____
CLERK                                                   DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE<br>3/12/07 |
| NAME OF SERVER (PPJNT)<br>BARRY EVELAND | TITLE<br>SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: THE PANTRY, INC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/07
             Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 10/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____DELAWARE_____

| | |
|---|---|
| KENNETH BECKER, WILLIAM., YOUNGER, MARK RUSHING, WILLIAM BOYD, RICHARD GALUSKI, FRANK OWEN, NATHAN BUTLER, JAMES JARVAIS and ANDY COON, individually and on behalf of other similarly situated,<br><br>    Plaintiffs,<br>    V.<br><br>MARATHON PETROLEUM COMPANY LLC, MURPHY OIL CORPORATION, THE PANTRY, INC., SPEEDWAY SUPERAMERICA, LLC and WILCO HESS LLC,<br><br>    Defendant. | **SUMMONS IN A CIVIL CASE**<br><br><br><br>CASE NUMBER: C.A. No.    0 7 - 1 3 6 |

TO:    WILCO HESS, LLC
        c/o its registered agent, The Corporation Trust Company
        1209 Orange Street
        Wilmington, DE  19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

        Collins J. Seitz, Jr.
        Connolly Bove Lodge & Hutz LLP
        1007 North Orange Street
        Wilmington, DE  19899-2207

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                        3/7/07
_____        _____
CLERK                                                          DATE

_____
(By) DEPUTY CLERK

• AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 3/12/07 |
| NAME OF SERVER (PPJNT) BARRY EVELAND | TITLE SPECIAL PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  SERVED: WILCO HESS, LLC C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE  COPIES THEREOF WERE ACCEPTED BY SCOTT LASCALA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/12/07
              Date

*Signature of Server*
BRANDYWINE PROCESS SERVERS, LTD.
P.O. BOX 1360
WILMINGTON, DE 19899-1360
302- 475-2600

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.