## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KENNETH BECKER, WILLIAM YOUNGER )
MARK RUSHING, WILLIAM BOYD, )
RICHARD GALAUSKI, FRANK OWEN, )
NATHAN BUTLER, JAMES JARVAIS and )
ANDY COON, individually and on behalf of )
others similarly situated, )
                 )
           Plaintiffs, )
                 )
v.                  )   C.A. No. 07-136 (***)
                 )
MARATHON PETROLEUM COMPANY, LLC, )
MURPHY OIL CORPORATION, THE PANTRY, )
INC., SPEEDWAY SUPERAMERICA, LLC and )
WILCO HESS LLC, )
                 )
           Defendants. )

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Joel Friedlander and John M. Seaman of Bouchard

Margules & Friedlander, P.A., hereby enter their appearances on behalf of defendant The Pantry,

Inc. in the above action and request that copies of all notices and pleadings given or filed in this

case be given and served upon the undersigned at the addresses below.  Defendant reserves the

right to answer or otherwise respond to the Complaint as provided by applicable court rule.

BOUCHARD MARGULES & FRIEDLANDER, P.A.

OF COUNSEL:

By _____
Joel Friedlander (I.D. No. 3163)
John M. Seaman (I.D. No. 3863)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
jfriedlander@bmf-law.com
jseaman@bmf-law.com

Carl N. Patterson, Jr.
Donald H. Tucker, Jr.
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, L.L.P.
P.O. Box 2611
Raleigh, NC 27602-2611
Telephone: 919.821.1220
cpatterson@smithlaw.com
dtucker@smithlaw.com

*Attorneys for Defendant*
*The Pantry, Inc.*

DATED: March 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, I filed the foregoing **Notice of Entry of Appearance** of Defendant The Pantry, Inc. with the Clerk of Court by CM/ECF, which will which will send notification of such filing to the following counsel of record:

Collins J. Seitz, Jr.
Kevin F. Brady
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207


By _____
John M. Seaman (I.D. No. 3863)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
jseaman@bmf-law.com