IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH BECKER, WILLIAM YOUNGER MARK RUSHING, WILLIAM BOYD, RICHARD GALAUSKI, FRANK OWEN, NATHAN BUTLER, JAMES JARVAIS and ANDY COON, individually and on behalf of others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>MARATHON PETROLEUM COMPANY, LLC, MURPHY OIL CORPORATION, THE PANTRY, INC., SPEEDWAY SUPERAMERICA, LLC and WILCO HESS LLC,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 07-136 (***)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**RULE 7.1(a) STATEMENT OF DEFENDANT THE PANTRY, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1(a), The Pantry, Inc. states that it does not have a parent corporation and there is no publicly held corporation that owns 10% or more of the stock in The Pantry, Inc.

OF COUNSEL:

Carl N. Patterson, Jr.
Donald H. Tucker, Jr.
Smith, Anderson, Blount, Dorsett,
Mitchell & Jernigan, L.L.P.
P.O. Box 2611
Raleigh, NC 27602-2611
cpatterson@smithlaw.com
dtucker@smithlaw.com
Telephone: 919.821.1220

DATED: March 20, 2007

BOUCHARD MARGULES & FRIEDLANDER, P.A.

By _____
Joel Friedlander (I.D. No. 3163)
John M. Seaman (I.D. No. 3863)
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
jfriedlander@bmf-law.com
jseaman@bmf-law.com

*Attorneys for Defendant*
*The Pantry, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, I filed the foregoing **Rule 7.1(a) Statement of Defendant The Pantry, Inc.** with the Clerk of Court by CM/ECF, which will which will send notification of such filing to the following counsel of record:

Collins J. Seitz, Jr.
Kevin F. Brady
CONNOLLY BOVE LODGE & HUTZ, LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207


By _/s/ John M. Seaman_
John M. Seaman (I.D. No. 3863)
BOUCHARD MARGULES & FRIEDLANDER, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: 302.573.3500
jseaman@bmf-law.com