IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------X
KENNETH BECKER, WILLIAM YOUNGER, :
MARK RUSHING, WILLIAM BOYD, RICHARD :
GALAUSKI, FRANK OWEN, NATHAN :
BUTLER, JAMES JARVAIS and ANDY COON, :
individually and all others similarly situated, : Civil Action No. 07-136-***
:
Plaintiffs, :
:
v. :
:
MARATHON PETROLEUM COMPANY, :
LLC, MURPHY OIL CORPORATION, THE :
PANTRY, INC, SPEEDWAY SUPERAMERICA, :
LLC, and WILCO HESS LLC, :
:
Defendants. :
------------------------------------------------------------X

## STIPULATION AND ORDER TO STAY PROCEEDINGS

WHEREAS this matter comes before the Court upon the joint application of Plaintiffs and Defendants to Stay Proceedings pending a decision by the Judicial Panel on Multidistrict Litigation (the "MDL Panel"), and the joint application of Plaintiffs and Defendants to extend the time by which Defendants shall move, answer or otherwise respond to Plaintiffs' Complaint;

WHEREAS Plaintiffs filed this Complaint, which is captioned as a class action, on March 7, 2007. This case involves allegations that gasoline and diesel fuel expand in volume as their temperatures increase such that a gallon of fuel at 60° Fahrenheit contains more energy than a gallon of fuel sold at a higher temperature. At the present time, the parties represent that there are approximately 26 other similar actions filed across the country. Defendants in one of the similar actions, the *Galauski* case filed in the District of New Jersey, have filed a motion with the MDL Panel seeking consolidation and transfer to the District of New Jersey. Other defendants

1

subsequently filed a responsive brief before the MDL Panel agreeing that the actions should be consolidated, either in New Jersey or Oklahoma. Plaintiffs in this case have indicated that they will file a brief in the MDL Panel proceeding where they will agree that the actions should be consolidated, but perhaps in a jurisdiction different than those suggested by Defendants;

WHEREAS stays have already been entered in many of the cases referenced above, and stay motions have been filed in every other case; and

WHEREAS the petition to consolidate and transfer pending before the MDL Panel is scheduled to be heard at their May meeting.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that:

1. This case is stayed pending a decision by the MDL Panel;

2. Defendants shall move, answer or otherwise respond to the Complaint within thirty days of the date of the MDL Panel's decision or such other time as ordered by the MDL Panel or the transfer court; and

3. Counsel for Wilco Hess LLC shall immediately forward to this Court any orders from the MDL Panel concerning the motion to consolidate and transfer, and counsel for all parties shall provide a status report to this Court indicating the status of the petition before the MDL Panel no later than May 28, 2007.

| | |
|---|---|
| /s/ Kevin F. Brady | *Anne Shea Gaza* (signature) |
| Collins J. Seitz, Jr. (Bar No. 2237) | Samuel A. Nolen (Bar No. 971) |
| Kevin F. Brady (Bar No. 2248) | Anne Shea Gaza (Bar No. 4093) |
| CONNOLLY BOVE LODGE & HUTZ LLP | Richards, Layton & Finger, P.A. |
| 1007 North Orange Street | One Rodney Square |
| P. O. Box 2207 | P. O. Box 551 |
| Wilmington, Delaware 19899-2207 | Wilmington, DE 19899 |
| Telephone: (302) 658-9141 | Telephone: (302) 651-7700 |
| Facsimile: (302) 658-5614 | Facsimile: (302) 651-7701 |
| E-mail: cseitz@cblh.com | *nolen@rlf.com* |
| kbrady@cblh.com | *gaza@rlf.com* |

*ATTORNEYS FOR PLAINTIFFS, KENNETH BECKER, WILLIAM YOUNGER, MARK RUSHING, WILLIAM BOYD, RICHARD GALAUSKI, FRANK OWEN, NATHAN BUTLER, JAMES JARVAIS and ANDY COON individually and all others similarly situated*

*Of Counsel:*
Brian J. Molloy
WILENTZ, GOLDMAN & SPITZER, P.A.
90 Woodbridge Center Drive, Suite 900
P.O. Box 10
Woodbridge, NJ 07095-0958
Telephone: (732) 855-6083
Facsimile: (732) 726-6699
E-mail: *bmolloy@wilentz.com*

*ATTORNEYS FOR DEFENDANT WILCO HESS LLC*

/s/ John M. Seaman
———————————————
Joel Friedlander (Bar No. 3163)
John M. Seaman (Bar No. 3868)
Bouchard Margules & Friedlander, P.A.
222 Delaware Avenue, Suite 1400
Wilmington, DE 19801
Telephone: (302) 573-3502
Facsimile: (302) 573-3501
E-mail: jfriedlander@bmf-law.com
         jseaman@bmf-law.com

*Of Counsel:*

Donald H. Tucker
SMITH, ANDERSON, BLOUNT, DORSETT,
 MITCHELL & JERNIGAN, L.L.P.
2500 Wachovia Capitol Center
P. O. Box 2611
Raleigh, NC 27602-2611
Telephone: (919) 821-6681
Facsimile: (919) 821-6800
e-mail: *dtucker@smithlaw.com*

*ATTORNEYS FOR DEFENDANT THE PANTRY, INC.*

/s/ Anne Shea Gaza
———————————————
Samuel A. Nolen (Bar No. 971)
Anne Shea Gaza (Bar No. 4093)
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
*nolen@rlf.com*
*gaza@rlf.com*

*Of Counsel:*

Tristan L. Duncan
Laura C. Fey
Dylan L. Murray
SHOOK, HARDY & BACON, L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
E-mail: *tlduncan@shb.com*
         *lfey@shb.com*
         *dlmurray@shb.com*

*ATTORNEYS FOR DEFENDANTS MARATHON PETROLEUM COMPANY LLC, MURPHY OIL CORPORATION and SPEEDWAY SUPERAMERICA, LLC*

SO ORDERED this _____ day of March, 2007.

———————————————
HONORABLE MARY PAT THYNGE, U.S.M.J.