# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

SAMUEL A. NOLEN
DIRECTOR

DIRECT DIAL NUMBER
302-651-7752
NOLEN@RLF.COM

May 18, 2007

**BY CM/ECF & HAND DELIVERY**

Honorable Mary Pat Thynge, U.S.M.J.
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Lockbox 8
Wilmington, DE 19801

> Re:  *Kenneth Becker, et al. v. Marathon Petroleum Company, LLC, et al.*
> Civil Action No. 1:07-cv-136

Dear Magistrate Judge Thynge:

By Order dated March 23, 2007, this Court entered a stay of all proceedings in this case pending a decision by the Multidistrict Litigation ("MDL") Panel. That Order also required counsel for all parties to provide a status report to this Court indicating the status of the petition before the MDL Panel no later than May 28, 2007. Please accept this letter, submitted on behalf of all counsel, as that status report.

The MDL petition is on the agenda for the May 31, 2007 meeting of the MDL Panel. Although there is no guarantee as to when the MDL Panel may decide the petition, it is anticipated that a decision will be made in approximately four to six weeks after the May 31 hearing.

Respectfully,

Samuel A. Nolen (#971)

SAN/meh

RLF1-3153015-1

Honorable Mary Pat Thynge, U.S.M.J.
May 18, 2007
Page 2


cc:          Kevin F. Brady, Esq.
            (Attorney for Plaintiffs)
          Joel Friedlander, Esq.
          Donald H. Tucker, Esq.
            (Attorneys for Defendant The Pantry, Inc.)
          Tristan L. Duncan, Esq.
            (Attorney for Defendants Marathon Petroleum
            Company, LLC, Murphy Oil Corporation and
            Speedway Superamerica, LLC)
          Ernest J. Getto, Esq.
            (Attorney for Chevron U.S.A., Inc.)
          Craig J. De Recat, Esq.
            (Attorney for Tesoro Refining and Marketing Company)
          Brian J. Molloy, Esq.
            (Attorney for Wilco Hess LLC)