# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

July 25, 2007

Ingrid A. Campbell, Acting Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Re: MDL-1840 -- IN RE Motor Fuel Temperature Sales Practices Litigation    07-cv136-xxx

(See Attached CTO-1)

Dear Ms. Campbell:

    I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>July 9, 2007</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

    A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
Deputy Clerk

Attachment

cc:  Transferee Judge:     Judge Kathryn H. Vratil
     Transferor Judge:     (See Attached List of Judges)
     Transferor Clerk:     (See Attached List of Clerks)

FILED
JUL 3 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 9 2007

FILED
CLERK'S OFFICE

# THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## MDL NO. 1840

## IN RE Motor Fuel Temperature Sales Practices Litigation

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 18, 2007, the Panel transferred ten civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Kathryn H. Vratil.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Vratil.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of June 18, 2007, and, with the consent of that court, assigned to the Honorable Kathryn H. Vratil.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1840
## IN RE Motor Fuel Temperature Sales Practices Litigation

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 07-179 | Linda A. Williams, et al. v. BP Corp. of North America, Inc., et al. | |
| **ALABAMA NORTHERN** | | |
| ALN 7 07-535 | Tony Snable, et al. v. Murphy Oil USA, Inc., et al. | |
| **ARKANSAS EASTERN** | | |
| ~~ARE 4 07-246~~ | ~~Charles D. Jones, et al. v. E-Z Mart Stores, Inc., et al.~~ | Opposed 7/23/07 |
| **ARIZONA** | | |
| AZ 2 07-478 | Christopher Payne, et al. v. Chevron USA, Inc., et al. | |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 07-1216 | Phyllis Lerner, et al. v. Costco Wholesale Corp., et al. | |
| CAC 5 07-280 | Allan Eller v. Chevron USA, Inc., et al. | |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 07-1305 | John Telles, et al. v. ConocoPhillips Co., et al. | |
| CAN 3 07-1534 | Fred Aguirre v. BP West Coast Products, LLC, et al. | |
| **DELAWARE** | | |
| DE 1 07-136 | Kenneth Becker, et al. v. Marathon Petroleum Co., LLC, et al. | |
| **FLORIDA SOUTHERN** | | |
| FLS 1 07-20751 | Mara Redstone, et al. v. Chevron USA, Inc., et al. | |
| FLS 9 07-80156 | Robert Cozza, et al. v. Murphy Oil USA, Inc., et al. | |
| **GEORGIA NORTHERN** | | |
| GAN 4 07-29 | Kathryn Cheek, et al. v. Murphy Oil USA, Inc., et al. | |
| **MARYLAND** | | |
| MD 8 07-430 | Raphael Sagalyn v. Chevron USA, Inc., et al. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 4 07-37 | J.C. Wash, etc. v. Chevron USA, Inc., et al. | |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 07-91 | Jean W. Neese, et al. v. Abercrombie Oil Co., Inc., et al. | |
| **NEW MEXICO** | | |
| NM 2 07-293 | William Barker, et al. v. Chevron USA, Inc., et al. | |
| NM 6 07-202 | Betty A. Delgado v. Allsup's Convenience Store, Inc., et al. | |
| **NEVADA** | | |
| NV 2 07-285 | Gary Kohut, et al. v. Chevron USA, Inc., et al. | |
| NV 2 07-299 | Myrna Huerta v. BP Products North America, Inc., et al. | |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1840)                          PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OREGON** | |
| OR  6  07-357 | Mark Haben v. Chevron USA, Inc., et al. |
| OR  6  07-469 | Shonna S. Butler v. Exxon Mobil Corp., et al. |
| **TENNESSEE MIDDLE** | |
| TNM  3  07-317 | Jonathan Charles Conlin, et al. v. Chevron USA, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE  1  07-271 | Priscilla Craft v. The Kroger Co. |
| **UTAH** | |
| UT  2  07-130 | Max Paul Peterson v. Exxon Mobil Corp., et al. |
| **VIRGINIA EASTERN** | |
| VAE  1  07-193 | James Graham v. Chevron USA, Inc., et al. |

# INVOLVED COUNSEL LIST (CTO-1)
# MDL NO. 1840
# IN RE Motor Fuel Temperature Sales Practices Litigation

John F. Anderson
Troutman Sanders, LLP
1660 International Drice
Suite 600
McLean, VA 22102

Carlos Tomas Angulo
Zuckerman Spaeder, LLP
1800 M Street, N.W.
Suite 1000
Washington, DC 20032

Sherry P. Bartley
Mitchell, Williams, Selig, Gates &
Woodyard, PLLC
425 West Capitol Avenue
Suite 1800
Little Rock, AR 72201-3525

Kenneth W. Barton
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
P.O. Box 22567
Jackson, MS 39225

Daniel J. Becka
Myron M. Cherry & Associates
30 North LaSalle Street
Suite 2300
Chicago, IL 60602

Howard B. Becker
Korein Tillery, LLC
505 North Seventh Street
Suite 3600
St. Louis, MO 63101

Michael David Billok
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Lindsey E. Blenkhorn
Gibson, Dunn & Crutcher LLP
One Montgomery Street
Telesis Tower, 26th Floor
San Francisco, CA 94104-4505

Kevin F. Brady
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

David T. Brown
Goodman Brown & Premsrirut
520 South 4th Street
Suite 320
Las Vegas, NV 89101

Michael John Byrne
Moore & Van Allen
P.O. Box 13706, NC 27709

Russell J. Byrne
Byrne Law Firm, PA
P.O. Box 17547
Little Rock, AR 72222

Guy D. Calladine
Carlson, Calladine & Peterson
Two Embarcadero Center
18th Floor
San Francisco, CA 94102

Michael B. Campbell
Holland & Hart, LLP
110 North Guadalupe
Suite 1
Santa Fe, NM 87501

Stephen D. Christie
Lamar, Miller, Norris, Haggard &
Christie, PC
501 Riverchase Parkway
Suite 100
Birmingham, AL 35244

Lee L. Coleman
Hughes & Coleman
444 James Robertson Parkway
Suite 201
Nashville, TN 37219

Patrick J. Conlon
Exxon Mobil Corp.
800 Bell Street
Suite 1558
Houston, TX 77002

John H. Cotton
Cotton & Associates
2300 West Sahara Avenue
Suite 420, Box 15
Las Vegas, NV 89102

Waverly David Crenshaw Jr
Waller, Lansden, Dortch & Davis
511 Union Street
Suite 2100
Nashville, TN 37219-5966

Frank Cruz-Alvarez
Shook, Hardy & Bacon, LLP
201 S. Biscayne Blvd.
Suite 2400
Miami, FL 33131-4332

John Dean Curtis II
Burch & Cracchiolo, P.A.
P.O. Box 16882
Phoenix, AZ 85011-6882

Philip J. Dabney
Holland & Hart, LLP
3763 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169

Charles D. Davidson
Davidson Law Firm, Ltd.
P.O. Box 1300
Little Rock, AR 72203-1300

Gary W. Davis
Crowe & Dunlevy
20 N. Broadway
Suite 1800
Oklahoma City, OK 73102

INVOLVED COUNSEL LIST (CTO-1) MDL-1840                                                               PAGE 2 OF 5

David R. Deary
Deary, Montgomery, DeFeo & Canada
2515 McKinney Avenue
Suite 1565
Dallas, TX 75201

Douglas A. Dellaccio, Jr.
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Jonathan A. Dibble
Ray, Quinney & Nebeker
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145

Keith S. Dubanevich
Garvey, Schubert & Barer
121 S.W. Morrison Street
11th Floor
Portland, OR 97204-3141

Brian L. Duffy
Greenberg Traurig, LLP
1200 17th Street
Suite 2400
Denver, CO 80202

Tristan L. Duncan
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

J. Nicholas Ellis
Poyner & Spruill, LLP
P.O. Box 353
Rocky Mount, NC 27802

David F. Engstrom
Kellogg, Huber, Hansen, Todd, Evans & Figel, PLLC
1615 M Street, N.W.
Sumner Square, Suite 400
Washington, DC 20036-3209

Daniel B. Feldman
Feldman & Lehane, LLC
2229 1st Avenue North
Birmingham, AL 35203

Randolph C. Foster
Stoel Rives LLP
900 SW Fifth Avenue
Suite 2600
Portland, OR 97204

Ameri R. Giannotti
Eimer, Stahl, Klevorn & Solberg, LLP
225 S. Michigan Avenue
Suite 1100
Chicago, IL 60604

Mark B. Gilmartin
Mark B. Gilmartin Law Offices
233 Wilshire Blvd.
Suite 350
Santa Monica, CA 90401

Helaine S. Goodner
Fowler White Burnett, PA
Espirito Santo Plaza
1395 Brickell Avenue, 14th Floor
Miami, FL 33131-3302

Charles E. Griffin
Griffin & Associates
125 South Congress Street
Suite 1515
P.O. Box 968
Jackson, MS 39205-0968

Robert Clifford Hackett
Mohr, Hackett, Pederson, Blakley, et al.
2800 North Central Avenue
Suite 1100
Phoenix, AZ 85004

Laurie A. Hand
Morrison & Foerster, LLP
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006

Wendy Jacobsen Harrison
Bonnett, Fairbourn, Friedman & Balint, P.C.
2901 North Central Avenue
Suite 1000
Phoenix, AZ 85012

Salvador M. Hernandez
Bowen, Riley, Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203

Stephen A. Hester
Williams & Anderson, PLLC
111 Center Street
Suite 2200
Little Rock, AR 72201-2413

J. Forrest Hinton
Baker, Donelson, Bearman, Caldwell & Berkowitz PC
420 North 20th Street
SouthTrust Tower, Suite 1600
Birmingham, AL 35203-5202

David G. Hosenpud
Lane Powell, PC
601 S.W. Second Avenue
Suite 2100
Portland, OR 97204-3158

Richard M. Hutson, II
Hutson Law Office, PA
P.O. Drawer 2252-A
Durham, NC 27702

Earsa Rene Jackson
Strasburger & Price LLP
901 Main Street
Suite 4400
Dallas, TX 75202

James J. Jackson
P.O. Drawer 2070
Las Vegas, NV 89125

Joshua D. Janow
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005

INVOLVED COUNSEL LIST (CTO-1) MDL-1840                                                      PAGE 3 OF 5

Keith Harrison Johnson
Poyner & Spruill
P.O. Box 10096
Raleigh, NC 27605-0096

J. Randall Jones
Harrison, Kemp & Jones, Chtd.
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89101

Kenneth M. Jones
Atkins & Evans
3699 Wilshire Blvd.
Suite 890
Los Angeles, CA 90010

Kermit L. Kendrick
Burr & Forman L.L.P.
Suite 3100
South Trust Tower
420 North 20th Street
Birmingham, AL 35203

Andrew S. Kierstead
Law Office of Andrew S. Kierstead
1001 SW 5th Avenue
Suite 1100
Portland, OR 97204

Robert L. King
Korein, Tillery
505 North Seventh Street
Suite 3600
St. Louis, MO 63101

David F. Kirby
Kirby & Holt
P.O. Box 31665
Raleigh, NC 27622-2065

Phil Krehbiel
5901 Tierra Viva Pl., N.W.
Albuquerque, NM 87107

L. DeWayne Layfield
Attorney at Law
P.O. Box 3829
Beaumont, TX 77704-3829

David J. Lender
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153-0119

Theodore J. Leopold
Ricci Leopold
2925 PGA Boulevard
Suite 200
Palm Beach Gardens, FL 33410

William Litvack
Dapeer, Rosenblit & Litvak
11500 West Olympic Boulevard
Suite 550
Los Angeles, CA 90064

Gregory A. Lofstead
Richard, Patrick et al.
174 E. Bay Street
Charleston, SC 29401

Allyson Mckenzi Maltas
Latham & Watkins, LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004

Ellen D. Marcus
Zuckerman Spaeder, LLP
1800 M. Street, N.W.
Suite 1000
Washington, DC 20036

Daniel S. Mason
Zelle, Hofmann, Voelbel, Mason &
Gette, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104

Mark Daniel Matthews
Bowman & Brooke, LLP
901 East Byrd Street
Suite 1500
Richmond, VA 23219

David F. McDowell
Morrison & Foerster, LLP
555 W. Fifth Street
Suite 3500
Los Angeles, CA 90013-1024

Catherine McGrath
Thelen, Reid, Brown, Raysman &
Steiner, LLP
200 Campus Drive
Suite 210
Florham Park, NJ 07932

J. Bruce McMath
McMath Woods, P.A.
711 West Third Street
P.O. Box 3457
Little Rock, AR 72203-3457

Richard H. Monk III
Bradley Arant Rose & White, LLP
P.O. Box 830709
Birmingham, AL 35283

C. Val Morley
Witt, Morley & Anderson
306 W. Main
American Fork, UT 84003

Dylan L. Murray
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

Jessica A. Neal
Butler, Snow, O'Mara, Stevens &
Cannada, PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Fredric C. Nelson
Thelen, Reid, Brown, Raysman &
Steiner, LLP
101 2nd Street
Suite 1800
San Francisco, CA 94105-3601

Craig Philip Niedenthal
Cory, Watson, Crowder & DeGaris,
PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35205

INVOLVED COUNSEL LIST (CTO-1) MDL-1840                                                                PAGE 4 OF 5

Darius Ogloza
Latham & Watkins, LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111-2562

Tamara Beatty Peterson
Jones, Vargas
3773 Howard Hughes Parkway
3rd Floor South
Las Vegas, NV 89109

Anthony T. Pierce
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Suite 400
Washington, DC 20036

Chad J. Pomeroy
Durham Jones & Pinegar
111 East Broadway
Suite 900
Salt Lake City, UT 84111

Carlos Provencio
Shook, Hardy & Bacon, LLP
600 14th Street, NW
Hamilton Square, Suite 800
Washington, DC 20005-2004

Lawrence Joseph Quinn
Tydings & Rosenberg, LLP
100 East Pratt Street, 26th Floor
Baltimore, MD 21202

Juan Jose Rodriguez
Carey Rodriguez Greenberg & Paul, LLP
1395 Brickell Avenue
Suite 700
Miami, FL 33131

Ross M. Rosenberg
Rosenberg LPA
650 West Lake Center
4555 Lake Forest Drive
Cincinnati, OH 45242

Larry A. Sackey
Larry A. Sackey Law Offices
11500 West Olympic Boulevard
Suite 550
Los Angeles, CA 90064

Richard A. Sandoval
Branch Law Firm
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104

Christopher T. Saucedo
Silva & Saucedo, PC
201 Third Street, N.W.
Suite 1800
Albuquerque, NM 87103

Sanford M. Saunders Jr
Greenberg Traurig, LLP
800 Connecticut Avenue, N.W.
Suite 500
Washington, DC 20006

Tuley M. Scarlette
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Paul Steven Schleifman
Shook, Hardy & Bacon, LLP
600 14th Street, N.W.
Suite 800
Washington, DC 20005

Michael W. Sillyman
Kutak Rock, LLP
8601 North Scottsdale Road
Suite 300
Scottsdale, AZ 85253-2742

Benjamin Silva
Silva & Saucedo, PC
201 Third Street, N.W.
Suite 1800
Albuquerque, NM 87103

Don A. Smith
Smith, Maurras, Cohen, Redd & Horan PLC
510 North Greenwood Avenue
P.O. Box 10205
Fort Smith, AR 72917

Kristine L. Smith
Beveridge & Diamond, P.C.
1350 I Street, N.W.
7th floor
Washington, DC 20005

Cyril Vincent Smith, III
Zuckerman Spaeder, LLP
100 East Pratt Street
Suite 2440
Baltimore, MD 21202

Ann Spiegel
1300 S.W. Fifth Avenue
Suite 2300
Portland, OR 97201

Thomas B. Staley
Robinson, Staley, Marshall & Duke
400 West Capitol Avenue
Suite 2891
Little Rock, AR 72201

Kirsten C. Stevenson
Kemp Smith, P.C.
221 North Kansas
Suite 1700
El Paso, TX 79901-2800

John S. Stone
John S. Stone, LLC
1500 S.W. First Avenue
Suite 770
Portland, OR 97201

Regan A. Sweeney
Wallace, King, Domike & Reiskin, PLLC
1050 Thomas Jefferson Street, N.W.
Washington, DC 20007

INVOLVED COUNSEL LIST (CTO-1) MDL-1840                                              PAGE 5 OF 5

William James Taylor
Morgan, Lewis & Bockius, LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1126

Scarlette M. Tuley
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Daniel Warren Van Horn
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
6075 Poplar Avenue
Suite 500
Memphis, TN 38119

Charles J. Vigil
Rodey, Dickason, Sloan, Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103

Bryan Anthony Vroon
Vroon & Crongeyer, LLP
1230 Peachtree Street
Suite 2450
Atlanta, GA 30309

Elizabeth Marie Walsh
Thelen, Reid, Brown, Raysman & Steiner, LLP
701 Eighth Street, N.W.
Washington, DC 20001

M. James Weems
Daniel, Coker, Horton & Bell
P.o. Box 1084
Jackson, MS 39215-1084

Joe R. Whatley Jr.
Whatley, Drake & Kallas, LLC
2001 Park Place North
Suite 1000
Birmingham, AL 35203-2605

Jarrod J. White
Cabaniss, Johnston, Gardner, Dumas & O'Neal
P.O. Box 2906
Mobile, AL 36652-2906

Linda K. Williams
Linda K. Williams, PC
10266 SW Lancaster Road
Portland, OR 97219

Jesse A. Witten
One Metro Center
700 12th Street, N.W.
Washington, DC 20005

William C. Wright
319 Clematis Street, Suite 902
West Palm Beach, FL 33401

Shane C. Youtz
Youtz & Valdez, PC
900 Gold Avenue, SW
Albuquerque, NM 87102

Lisa J. Zastrow
Kummer Kaempger Bonner Renshaw & Ferrario
3800 Howard Hughes Parkway
Seventh Floor
Las Vegas, NV 89169

George A. Zelcs
Korein Tillery, LLC
205 N. Michigan Plaza
Suite 1950
Chicago, IL 60601

Craig J. De Recat
Manatt Phelps & Phillips
11355 West Olympic Boulevard
Los Angeles, CA 90064-1614

PAGE 1 OF 2

# INVOLVED JUDGES LIST (CTO-1)
# MDL NO. 1840
# IN RE Motor Fuel Temperature Sales Practices Litigation

Hon. Ira DeMent
Senior U.S. District Judge
P.O. Box 2149
Montgomery, AL 36102-2149

Hon. L. Scott Coogler
U.S. District Judge
786 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

~~Hon. James Maxwell Moody~~
~~U.S. District Judge~~
~~381 Richard Sheppard Arnold~~
~~U.S. Courthouse~~
~~600 West Capitol Avenue~~
~~Little Rock, AR 72201~~

Hon. Stephen M. McNamee
U.S. District Judge
Sandra Day O'Connor U.S. Courthouse
401 W. Washington Street
Box 60
Phoenix, AZ 85003-2146

Hon. George Herbert King
U.S. District Judge
Edward R. Roybal Federal Bldg. & Courthouse
255 East Temple Street
Los Angeles, CA 90012

Hon. Stephen G. Larson
U.S. District Judge
260 George E. Brown, Jr. U.S. Courthouse
3470 Twelfth Street
Riverside, CA 92501

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Sue L. Robinson
Chief Judge
United States District Court
6124 J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801-3519

Hon. Federico A. Moreno
U.S. District Judge
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

Hou. Donald M. Middlebrooks
U.S. District Judge
Federal Building, 2nd Floor
701 Clematis Street
West Palm Beach, FL 33401

Hon. Harold L. Murphy
U.S. District Judge
600 East First Street
Suite 311
Rome, GA 30161

Hon. Roger W. Titus
U.S. District Judge
U.S. Courthouse
6500 Cherrywood Lane
Suite 255A
Greenbelt, MD 20770

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

INVOLVED JUDGES LIST (CTO-1) MDL-1840                                    PAGE 2 OF 2

Hon. Louise Wood Flanagan
Chief Judge, U.S. District Court
U.S. District Court
413 Middle Street
New Bern, NC 28560

Hon. J. Thomas Marten
U.S. District Judge
232 U.S. Courthouse
401 North Market St.
Wichita, KS 67202

Hon. Martha Vazquez
Chief Judge, U.S. District Court
P.O. Box 2710
Santa Fe, NM 87501-2710

Hon. Larry R. Hicks
U.S. District Judge
804 Bruce R. Thompson U.S. Courthouse
400 South Virginia Street
Reno, NV 89501

Hon. James C. Mahan
U.S. District Judge
6085 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

Hon. Ann Aiken
U.S. District Judge
Wayne Lyman Morse U.S. Courthouse
405 East Eight Avenue, Suite 5500
Eugene, OR 97401

Hon. Thomas M. Coffin
U.S. Magistrate Judge
Wayne Lyman Morse U.S. Courthouse
405 East Eight Avenue, Suite 5300
Eugene, OR 97401

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver United States
Courthouse Annex
110 Ninth Avenue South
Nashville, TN 37203

Hon. Ron Clark
U.S. District Judge
221 Jack Brooks Federal Building
and U.S. Courthouse
300 Willow Street
Tyler, TX 77701

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Claude M. Hilton
Senior U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5799

## INVOLVED CLERKS LIST (CTO-1)
## MDL NO. 1840
## IN RE Motor Fuel Temperature Sales Practices Litigation

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Perry D. Mathis, Clerk
140 Hugo L. Black U.S.
Courthouse
1729 5th Avenue North
Birmingham, AL 35203

~~James W. McCormack, Clerk~~
~~402 U.S. Courthouse~~
~~600 West Capitol Avenue~~
~~Little Rock, AR 72201-3325~~

Richard H. Weare, Clerk
130 Sandra Day O'Connor U.S.
Courthouse, SPC 1
401 West Washington Street
Phoenix, AZ 85003-2118

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

James N. Hatten, Clerk
P.O. Box 1186
Rome, GA 30162-1186

Felicia C. Cannon, Clerk
U.S. Courthouse, 2nd Floor
6500 Cherrywood Lane
Greenbelt, MD 20770-1285

J.T. Noblin, Clerk
316 James O. Eastland U.S.
Courthouse
245 East Capitol Street
Jackson, MS 39201

Dennis P. Iavarone, Clerk
U.S. District Court
P.O. Box 25670
Raleigh, NC 27611-5670

Robert M. March, Clerk
C-309 Federal Building
200 East Griggs Avenue
Las Cruces, NM 88001

Lance S. Wilson, Clerk
Lloyd D. George U.S.
Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Sheryl S. McConnell, Clerk
100 Federal Building & U.S.
Courthouse
211 East 7th Avenue
Eugene, OR 97401

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

INVOLVED CLERKS LIST (CTO-1) MDL-1840                                PAGE 2 OF 2

David J. Maland, Clerk
Jack Brooks Federal Bldg.
& U.S. Courthouse
300 Willow Street, Suite 104
Beaumont, TX 77701

D. Mark Jones, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Fernando Galindo, Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E.
Room G-255, North Lobby
Washington, DC 20002-8004

OFFICIAL BUSINESS

Peter T. Dalleo, Clerk
J. Caleb Boggs Federal Bldg.
Lockbox 18
844 North King Street
Wilmington, DE 19801-3570