UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF KANSAS

INGRID A. CAMPBELL
ACTING CLERK
E-MAIL: Ingrid_Campbell@ksd.uscourts.gov

KIM LEININGER
ACTING CHIEF DEPUTY CLERK

259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101
(913) 551-5734

July 30, 2007

204 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KANSAS 67202
(316) 269-6491

490 U.S. COURTHOUSE
444 S.E. QUINCY
TOPEKA, KANSAS 66683
(785) 295-2610

J. Caleb Boggs Federal Bldg
844 North King Street
Wilmington, DE 19801-3519

Re: MDL - 1840 In Re Motor Fuel Temperature Sales Practices Litigation

Your Case: 07-136 Kenneth Becker, et al. vs. Marathon Petroleum Co.

Dear Clerk:

Enclosed please find a certified copy of the order from the Judicial Panel on Multi-district Litigation transferring the above entitled action to the District of Kansas, Kansas City, KS. The case has been assigned to the Honorable Kathryn H. Vratil for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please forward the original record and a cetified copy of the docket entries in the case listed above along with the enclosed copy of the transmittal letter to:

United States District Court
Office of the Clerk
500 State Avenue, Room 259
Kansas City, KS 66101
Attention: Carol Kuhl

If the case is an electronic case filing please do the following: Email the PDF documents, as separate PDF files, including a PDF copy of the docket sheet to carol_kuhl@ksd.uscourts.gov.

Sincerely,

Ingrid A. Campbell, Acting Clerk

By: Carol Kuhl

FILED
AUG 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



CLERK
UNITED STATES DISTRICT COURT
KANSAS CITY, KANSAS 66101

OFFICIAL BUSINESS

J. Caleb Boggs Federal Courthouse
588 North King Street
Wilmington, DE 19801-3519

Scanned

FILED
AUG 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE