A CERTIFIED TRUE COPY

JUL 2 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**FILED**
JUL 30 2007
Clerk, U.S. District Court
By:_____ Deputy Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL - 9 2007

FILED
CLERK'S OFFICE

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### MDL NO. 1840

### IN RE Motor Fuel Temperature Sales Practices Litigation

(SEE ATTACHED SCHEDULE)    07cv136-***

### CONDITIONAL TRANSFER ORDER (CTO-1)

On June 18, 2007, the Panel transferred ten civil actions to the United States District Court for the District of Kansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Kathryn H. Vratil.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Kansas and assigned to Judge Vratil.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Kansas for the reasons stated in the order of June 18, 2007, and, with the consent of that court, assigned to the Honorable Kathryn H. Vratil.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Kansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 2 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. (DISTRICT COURT) ss:
DISTRICT OF KANSAS)
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
RALPH L. DeLOACH, Clerk
By_____ Deputy
Dated: 7/30/2007

FILED
AUG 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## MDL NO. 1840
## IN RE Motor Fuel Temperature Sales Practices Litigation

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ALM 2 07-179 | Linda A. Williams, et al. v. BP Corp. of North America, Inc., et al. | |
| **ALABAMA NORTHERN** | | |
| ALN 7 07-535 | Tony Snable, et al. v. Murphy Oil USA, Inc., et al. | |
| **ARKANSAS EASTERN** | | |
| ~~ARE 4 07-246~~ | ~~Charles D. Jones, et al. v. E-Z Mart Stores, Inc., et al.~~ | Opposed 7/25/07 |
| **ARIZONA** | | |
| AZ 2 07-478 | Christopher Payne, et al. v. Chevron USA, Inc., et al. | |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 07-1216 | Phyllis Lerner, et al. v. Costco Wholesale Corp., et al. | |
| CAC 5 07-280 | Allan Eller v. Chevron USA, Inc., et al. | |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 07-1305 | John Telles, et al. v. ConocoPhillips Co., et al. | |
| CAN 3 07-1534 | Fred Aguirre v. BP West Coast Products, LLC, et al. | |
| **DELAWARE** | | |
| DE 1 07-136 | Kenneth Becker, et al. v. Marathon Petroleum Co., LLC, et al. | |
| **FLORIDA SOUTHERN** | | |
| FLS 1 07-20751 | Mara Redstone, et al. v. Chevron USA, Inc., et al. | |
| FLS 9 07-80156 | Robert Cozza, et al. v. Murphy Oil USA, Inc., et al. | |
| **GEORGIA NORTHERN** | | |
| GAN 4 07-29 | Kathryn Cheek, et al. v. Murphy Oil USA, Inc., et al. | |
| **MARYLAND** | | |
| MD 8 07-430 | Raphael Sagalyn v. Chevron USA, Inc., et al. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 4 07-37 | J.C. Wash, etc. v. Chevron USA, Inc., et al. | |
| **NORTH CAROLINA EASTERN** | | |
| NCE 5 07-91 | Jean W. Neese, et al. v. Abercrombie Oil Co., Inc., et al. | |
| **NEW MEXICO** | | |
| NM 2 07-293 | William Barker, et al. v. Chevron USA, et al. | |
| NM 6 07-202 | Betty A. Delgado v. Allsup's Convenience Store, Inc., et al. | |
| **NEVADA** | | |
| NV 2 07-285 | Gary Kohut, et al. v. Chevron USA, Inc., et al. | |
| NV 2 07-299 | Myrna Huerta v. BP Products North America, Inc., et al. | |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1840)               PAGE 2 OF 2

| DIST. DIV. C.A. # | CASE CAPTION |
| --- | --- |
| **OREGON** | |
| OR  6  07-357 | Mark Haben v. Chevron USA, Inc., et al. |
| OR  6  07-469 | Shonna S. Butler v. Exxon Mobil Corp., et al. |
| **TENNESSEE MIDDLE** | |
| TNM  3  07-317 | Jonathan Charles Conlin, et al. v. Chevron USA, Inc., et al. |
| **TEXAS EASTERN** | |
| TXE  1  07-271 | Priscilla Craft v. The Kroger Co. |
| **UTAH** | |
| UT  2  07-130 | Max Paul Peterson v. Exxon Mobil Corp., et al. |
| **VIRGINIA EASTERN** | |
| VAE  1  07-193 | James Graham v. Chevron USA, Inc., et al. |