OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo CLERK

LOCKBOX 18 844 KING STREET U.S.
COURTHOUSE WILMINGTON,
DELAWARE 19801 (302) 573-6170

August 6, 2007

Clerk's Office
United States District Court, District of Kansas
Attn: Carol Kuhl
500 State Avenue
Kansas City, Kansas 66101

    RE:    MDL-1840 - In re Motor Fuel Temperature Sales Practices Litigation
            USDC/DE Civil Action No.: 07-136 ***
            Kenneth Becker v. Marathon Petroleum Co.

Dear Clerk:

    Pursuant to the Order dated 7/25/07 entered by the Clerk, Judicial Panel on MultiDistrict Litigation, transferring the above captioned case to your Court, enclosed please find the following items:

    ( X ) Certified copy of the docket sheet;
    ( X ) Copy of the MDL Order of Transfer;
    (   ) Original case file documents (if applicable);

    Please note that the electronic case filings can be accessed through PACER by selecting the CM/ECF link on our web site at www.ded.uscourts.gov. We have also complied with your request to transfer the electronic documents by e-mail.

    Please acknowledge receipt of the above items on the attached copy of this letter.

                             Sincerely,

                             Peter T. Dalleo, Clerk of Court
                             Robert W. Cruikshank
                      By: _____
                                  Deputy Clerk

Enc.

**I hereby acknowledge receipt of the above listed items on** _____.

_____
**Signature**